**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**DONALD P.,**

|  |  |
|---|---|
| **Plaintiff,** | **6:22-cv-1022** |
| | **(GLS/DJS)** |
| **v.** | |

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                                    **Defendant.**

**APPEARANCES:**                              **OF COUNSEL:**

**FOR THE PLAINTIFF:**
The Law Offices of Steven R. Dolson          STEVEN R. DOLSON, ESQ.
PLLC
6320 Fly Road - Suite 201
East Syracuse, NY 13057

**FOR THE DEFENDANT:**
HON. CARLA B. FREEDMAN                        GEOFFREY M. PETERS
United States Attorney                        Special Assistant U.S. Attorney
100 South Clinton Street
Syracuse, NY 13261

Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart,

duly filed December 20, 2023.  (Dkt. No. 10.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 10) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's motion for judgment on the pleadings (Dkt. No. 7) is **DENIED**; and it is further

**ORDERED** that defendant's motion for judgment on the pleadings (Dkt. No. 9) is **GRANTED**; and it is further

**ORDERED** that the decision of the Commissioner is **AFFIRMED** and the complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 16, 2023
Albany, New York

Gary L. Sharpe
U.S. District Judge